# MEMORANDUM DECISIONS

Joel BRADLEY v. STATE. (No. 8836.) (Court of Criminal Appeals of Texas. June 25, 1924.) Appeal from District Court, Mitchell County; W. P. Leslie, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit on file, the appeal is dismissed.

2

R. H. BRAZIEL v. STATE. (No. 8295.) (Court of Criminal Appeals of Texas. June 27, 1924.) Appeal from Tarrant County Court at Law; P. W. Seward, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for unlawfully carrying a pistol; punishment fixed at a fine of $100. Appellant has filed a personal request over his affidavit to withdraw his appeal, and in compliance with same the appeal is ordered dismissed.

3

John ZACK v. STATE. (No. 8174.) (Court of Criminal Appeals of Texas. June 25, 1924.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Shelby S. Cox, Crim. Dist. Atty., of Dallas, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for manufacturing intoxicating liquor; punishment being one year in the penitentiary. Appellant has filed his personal affidavit, conveying the information that he desires to withdraw his appeal, and conforming to that request the same is ordered dismissed.

4

Belle M. BURCHILL et al., Appellants, v. H. C. HERMSMEYER, Appellee. (No. 7144.) (Court of Civil Appeals of Texas. San Antonio. July 1, 1924.) , Appeal from District Court, Tarrant County; R. E. L. Roy, Judge. On motion to retax. See also, 262 S. W. 511. Greathouse & Wade, of Fort Worth, for appellants. Slay, Simon & Smith and F. M. Brantly, all of Fort Worth, for appellee.

FLY, C. J. Only the costs of this appeal, including the sum of $225, paid by appellants for the transcript of the testimony, shall be taxed as costs incurred in the lower court, in addition to the costs incurred on this appeal in the appellate court. Motion to retax granted.

5

John McGINNIS, Appellant, v. Mrs. B. WESTBROOK, Appellee. (No. 9128.) (Court of Civil Appeals of Texas. Dallas. June 14, 1924. Rehearing Denied July 5, 1924.) Appeal from District Court, Dallas County; Kenneth Force, Judge. John McGinnis, of Dallas, for appellant. J. H. Synnott, of Dallas, for appellee.

JONES, C. J. Appellee, Mrs. B. Westbrook, brought this suit in the district court of Dallas county, Tex., against Miss Smythel Todd and N. B. Miller to recover on a promissory note in the principal sum of $1,100 and to foreclose a chattel mortgage lien on household furniture as against the two defendants above-named, and as against appellant John McGinnis. The suit resulted in a judgment in favor of appellee against Miller and Miss Todd for the amount of the note, less a small credit, together with interest and attorney's fee, and foreclosure of the chattel mortgage lien on the said household goods described in appellee's petition as against all of the defendants, and also a judgment against appellant and his sureties on a replevy bond given by appellant after the seizure of the property on a sequestration writ. None of the defendants appealed, except ·McGinnis. The case is before us without a statement of facts, and without a brief, either by appellant or appellee; but appellee has filed a motion to affirm with 10 per cent. damages. Upon an examination of the record, it is found that the pleadings sustain the judgment, and the same is affirmed; but appellee's prayer for damages is denied. Affirmed.